Johnny O'Bryant #289746
c/o HCADC, B-B
10451 Larkin Smith Dr.
Gulfport, MS. 38503.

May 16, 2007.

Clerk's Office

1:07cv477LG-RHW
SOUTHERN DISTRICT OF MISSISSIPPI
FILED
MAY 17 2007
J.T. NOBLIN, CLERK
By_____ Deputy

RECEIVED
MAY 17 2007
Clerk, U.S. District Court
Southern District of Miss.

Before: U.S. Magistrate Judge Hon. Robert H. Walker

Letter Of Request

Greetings Clerk's Office,

My last correspondence to your office contained an (8) eight page grievance in which I wrote on the coversheet requesting a temporary restraining order, Exhibit #10. with a date of May 10, 2007 written thereon.
    Will your office disregard the grievance as it is not a part of my original claim. It was error of me forwarding it. Thank you in advance.
        Respectfully Requested;
        Johnny O'Bryant