AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of Mississippi

Johnny O'Bryant #289746

**SUMMONS IN A CIVIL ACTION**

V.

Harrison County Adult Detention Center, et al.

CASE NUMBER: 1:07cv477 LG-RHW

TO: (Name and address of Defendant)

Harrison County, Mississippi
c/o President or Clerk, Board of Supervisors
Chancery Clerk
P. O. Box CC
1801 23rd Avenue
Gulfport, MS

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Johnny O'Bryant #289746
10451 Larkin Smith Drive
Gulfport, MS 39503

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J.T. NOBLIN                                    5/23/2007

CLERK                                          DATE

_S/_

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Southern__ District of __Mississippi__

Johnny O'Bryant #289746

**SUMMONS IN A CIVIL ACTION**

V.

Harrison County Adult Detention Center, et al.

CASE NUMBER: 1:07cv477 LG-RHW

TO: (Name and address of Defendant)

George H. Payne, Jr.
Harrison County Detention Center
10451 Larkin Smith Drive
Gulfport, MS 39503

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Johnny O'Bryant #289746
10451 Larkin Smith Drive
Gulfport, MS 39503

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J.T. NOBLIN                                    5/23/2007
CLERK                                          DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of Mississippi

Johnny O'Bryant #289746

**SUMMONS IN A CIVIL ACTION**

V.

Harrison County Adult Detention Center, et al.

CASE NUMBER: 1:07cv477 LG-RHW

TO: (Name and address of Defendant)

Donald A. Cabana
Harrison County Detention Center
10451 Larkin Smith Drive
Gulfport, MS 39503

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Johnny O'Bryant #289746
10451 Larkin Smith Drive
Gulfport, MS 39503

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J.T. NOBLIN                                     5/23/2007
CLERK                                           DATE

_5/_
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of Mississippi

Johnny O'Bryant #289746

**SUMMONS IN A CIVIL ACTION**

V.

Harrison County Adult Detention Center, et al.

CASE NUMBER: 1:07cv477 LG-RHW

TO: (Name and address of Defendant)

Karl Stolze
Harrison County Detention Center
10451 Larkin Smith Drive
Gulfport, MS 39503

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Johnny O'Bryant #289746
10451 Larkin Smith Drive
Gulfport, MS 39503

an answer to the complaint which is served on you with this summons, within   20   days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

| J.T. NOBLIN | 5/23/2007 |
|---|---|
| CLERK | DATE |

(By) DEPUTY CLERK

# UNITED STATES DISTRICT COURT

Southern District of Mississippi

Johnny O'Bryant #289746

**SUMMONS IN A CIVIL ACTION**

V.

Harrison County Adult Detention Center, et al.

CASE NUMBER: 1:07cv477 LG-RHW

TO: (Name and address of Defendant)

Rick Gaston
Harrison County Detention Center
10451 Larkin Smith Drive
Gulfport, MS 39503

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Johnny O'Bryant #289746
10451 Larkin Smith Drive
Gulfport, MS 39503

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J.T. NOBLIN      5/23/2007

CLERK      DATE

*S/*

(By) DEPUTY CLERK

# UNITED STATES DISTRICT COURT

Southern District of Mississippi

Johnny O'Bryant #289746

**SUMMONS IN A CIVIL ACTION**

V.

Harrison County Adult Detention Center, et al.

CASE NUMBER: 1:07cv477 LG-RHW

TO: (Name and address of Defendant)

Joe Collins, Chaplin
Harrison County Detention Center
10451 Larkin Smith Drive
Gulfport, MS 39503

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Johnny O'Bryant #289746
10451 Larkin Smith Drive
Gulfport, MS 39503

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J.T. NOBLIN                                   5/23/2007
CLERK                                          DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of Mississippi

Johnny O'Bryant #289746

**SUMMONS IN A CIVIL ACTION**

V.

Harrison County Adult Detention Center, et al.

CASE NUMBER: 1:07cv477 LG-RHW

TO: (Name and address of Defendant)

Rhondolyn Rogers
Harrison County Detention Center
10451 Larkin Smith Drive
Gulfport, MS 39503

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Johnny O'Bryant #289746
10451 Larkin Smith Drive
Gulfport, MS 39503

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J.T. NOBLIN                                    5/23/2007

CLERK                                          DATE

_S/_

(By) DEPUTY CLERK