IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**JOHNNY O'BRYANT, 289746**                                                    **PLAINTIFF**

**VERSUS**                      **CIVIL ACTION NO. 1:07-cv-00477-LG-RHW**

**HARRISON COUNTY ADULT DETENTION CENTER,
SHERIFF GEORGE H. PAYNE, JR., WARDEN DONALD
A. CABANA AND EX-DEPUTY KARL STOLZE, 1045
LARKIN SMITH DRIVE, GULFPORT, MS 39503**       **DEFENDANTS**

## NOTICE OF SERVICE OF DISCOVERY

**TO:** Johnny O'Bryant, 289746
     c/o Harrison County Adult
       Detention Center B-B
     10451 Larkin Smith Drive
     Gulfport, MS 39503

**NOTICE** is hereby given, pursuant to the Local Rule 6(e)(2), that Defendant, Harrison County, Mississippi, has this date served in the above-entitled action:

(1) Defendant's Interrogatories Propounded to Plaintiff;

(2) Defendant's Request for Production of Documents Propounded to Plaintiff.

The undersigned retains the originals of the above papers as custodian thereof.

RESPECTFULLY SUBMITTED this the 11TH day of July 2007.

                                          HARRISON COUNTY, BY AND THROUGH ITS
                                          DULY ELECTED BOARD OF SUPERVISORS

                                          MEADOWS RILEY LAW FIRM

                                  BY: /s/ *Karen J. Young*
                                           KAREN J. YOUNG