In The United States District Court
For The Southern District Of Mississippi
Southern Division

FILED
AUG 20 2007
J.T. NOBLIN, CLERK
BY_____ DEPUTY

Johnny O'Bryant                                    Plaintiff

versus           Civil Action NO. 1:07cv477LG-RHW

Harrison County Adult Detention Center,
Harrison County, Mississippi,
Sheriff George Payne, Jr.,
Warden Donald A. Cabana,
Chaplain Joe Collins, Rhondalyn Rogers,
former Deputy Karl Stolze,
former Deputy Rick Gaston and
Western Surety Company                             Defendants

## Notice
### Request To Add Additional Defendant

Please take notice that Plaintiff hereby request of the court to add Western Surety Company and or CNA Surety of Sioux Falls South Dakota as an additional defendant.

Respectfully Submitted By:
8-14-07
/s/ [signature]
Johnny O'Bryant