In The United States District Court
For The Southern District Of Mississippi
Southern Division

FILED
AUG 20 2007
J.T. NOBLIN, CLERK
BY_____ DEPUTY

Johnny O'Bryant                                    Plaintiff

versus              Civil Action NO: 1:07 cv 477 LG-RHW

Harrison County Adult Detention Center,
Harrison County, Mississippi,
Sheriff George Payne, Jr.,
Warden Donald A. Cabana,
Chaplain Joe Collins, Rhondalyn Rogers,
former Deputy Karl Stolze and
former Deputy Rick Gaston                Defendants

## Request To Add Additional Claim
### Claim Number Five

This request come before the court to add claim the five and Plaintiff will show the following to wit:

On June 1, 2007, Warden Donald A. Cabana implemented a special administrative procedure of forcing (3) three inmates to live in a (2) two men cell for 16 to 24 hours

a day. This new procedure lasted for at least 23 days.

We the inmates attempted to file a class action grievance and it was rejected. So I created an individualize grievance identical to the one marked Exhibit #17 and forty (40) inmates filled them out.

I collected the grievances and attempted to have a copy made for each inmate. I gave the grievances to Mrs. Olivet Maston to be copied when her supervisors Captain Mark McGowin confiscated the grievance on or about June 22, 2007, gave the grievances to Captain Rogers who kept the grievance in his possession for (2) two plus weeks.

The grievance was never officially given to Deborah Whittle, the grievance officer for submittance. On or about July 16, 2007 we finally got the grievances back with a memo letter from the Warden justifying why the grievances was taken. All we wanted was a copy and each inmate was going to individually submit their own signed and dated grievance.

On or about, July 17, 2007, I submitted a copy of the grievance and received a notice dated July 19, 2007, Grievance # 07-013-07, that I would receive a response in (10) ten days. I have not received a response and therefore consider the grievance to be rejected. It has now been over (20) twenty days and the facility has fail to properly adhere to its own rules.

    I am now asking the court to accept this this claim as Claim Number Five and amend the relief to reflect the same or alternative grant relief sought in the claim.

    Respectfully Submitted By:

*Johnny O'Bryant*

August 15, 2007.