UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI

JOHNNY O'BRYANT

           Plaintiff

v.                          CIVIL ACTION NO.   **1:07cv477LG-RHW**

HARRISON COUNTY ADULT
DETENTION CENTER, HARRISON
COUNTY, MISSISSIPPI, SHERIFF
GEORGE PAYNE, JR., WARDEN DONALD
A. CABANA, CHAPLAIN JOE COLLINS,
RHONDALYN ROGERS, FORMER
DEPUTY KARL STOLZE, AND FORMER
DEPUTY RICK GASTON

           Defendants

### NOTICE OF SERVICE OF INTERROGATORIES OR REQUESTS FOR PRODUCTION OF DOCUMENTS OR RESPONSES THERETO

**To**: Johnny O'Bryant,
#289746
Harrison County Adult
Detention Center
10451 Larkin Smith Drive
Gulfport, Mississippi 39503

Pursuant to UNIFORM LOCAL RULE 5.1(c), notice is hereby given that on the date entered below I served the following discovery device(s):

(✔) (Check as appropriate:)

    Interrogatories to:

    Requests for Production
    of Documents to:

Requests for Admissions to:

| X | Responses to Interrogatories of: | Defendant, Warden Donald A. Cabana's Answers to Plaintiff's Interrogatories |

Responses to Requests for
Production of Documents of:

Responses to Requests for
Admission(s) of:

Pursuant to UNIFORM LOCAL RULE 5.1(c), I acknowledge my responsibilities as the custodian of the original(s) of the document(s) identified above.

| September 25, 2007 | *s/David N. Duhé* |
|---|---|
| Date | Signature |

Cy Faneca, MSB #5128
Haley N. Broom, MSB# 101838
David N. Duhe, MSB #102047

Typed Name & Bar Number

Attorneys for: **SHERIFF GEORGE PAYNE, JR., WARDEN DONALD A. CABANA, RHONDALYN ROGERS and CHAPLAIN JOE COLLINS, Defendants**