UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI

JOHNNY O'BRYANT

v.  1:07cv477LG-RHW

HARRISON COUNTY ADULT
DETENTION CENTER, HARRISON
COUNTY, MISSISSIPPI, SHERIFF
GEORGE PAYNE, JR., WARDEN
DONALD A. CABANA, CHAPLAIN
JOE COLLINS, RHONDALYN
ROGERS, FORMER DEPUTY KARL
STOLZE, AND FORMER DEPUTY
RICK GASTON

RE-NOTICE OF SERVICE OF REQUEST FOR ADMISSIONS ORIGINALLY SERVED BY
DEFENDANTS, SHERIFF GEORGE PAYNE, JR., WARDEN DONALD A. CABANA, RHONDALYN
ROGERS, AND CHAPLAIN JOE COLLINS ON NOVEMBER 2, 2007

To: Johnny O'Bryant, #289746
Harrison County Adult Detention Center
10451 Larkin Smith Drive
Gulfport, Mississippi 39503

Pursuant to UNIFORM LOCAL RULE 5.1(c), notice is hereby given that on the date entered below I served the following discovery device(s):

(✔) (Check as appropriate:)

   Interrogatories to: _____    _____

   Requests for Production
   of Documents to: _____    _____

| | | |
|---|---|---|
| ✔ | Requests for Admissions to: | Plaintiff by Defendants, Sheriff George Payne, Jr., Warden Donald A. Cabana, Rhondalyn Rogers and Chaplain Joe Collins |
| | Responses to Interrogatories of: | |
| | Responses to Requests for Production of Documents of: | |
| | Responses to Requests for Admission(s) of: | |

Pursuant to UNIFORM LOCAL RULE 5.1(c), I acknowledge my responsibilities as the custodian of the original(s) of the document(s) identified above.

| | |
|---|---|
| February 1, 2008 | s/David N. Duhé |
| Date | Signature |
| | Cy Faneca, MSB #5128<br>Haley N. Broom, MSB #101838<br>David N. Duhé, MSB #102047 |
| | Typed Name & Bar Number |

Attorneys for:
**SHERIFF GEORGE PAYNE, JR., WARDEN DONALD A. CABANA, RHONDALYN ROGERS and CHAPLAIN JOE COLLINS, Defendants**

J:\WP51\User9\1811.0107 - O'BRYANT\PLEADINGS\Re-Notice of Service - Sheriff George Paynes' 1st RFA to Plaintiff.wpd

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that I have filed a true and correct copy of the above and foregoing pleading using the Court's ECF system and notification will automatically be provided to the following:

Karen Young, Esq.
Meadows Riley Law Firm
Post Office Box 1076
Gulfport, Mississippi 39502

I further certify that I have mailed a true and correct copy of the above and foregoing via United States mail, first class, postage fully prepaid to the following:

Johnny O'Bryant, #289746
Harrison County Adult Detention Center
B-B
10451 Larkin Smith Drive
Gulfport, Mississippi 39503

SO CERTIFIED, this the 1st day of February, 2008.

s/David N. Duhé
David N. Duhé