UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI

JOHNNY O'BRYANT

v.                                        1:07cv477LG-RHW

HARRISON COUNTY ADULT
DETENTION CENTER, HARRISON
COUNTY, MISSISSIPPI, SHERIFF
GEORGE PAYNE, JR., WARDEN
DONALD A. CABANA, CHAPLAIN
JOE COLLINS, RHONDALYN
ROGERS, FORMER DEPUTY KARL
STOLZE, AND FORMER DEPUTY
RICK GASTON

NOTICE OF SERVICE OF INTERROGATORIES OR REQUESTS FOR PRODUCTION OF
DOCUMENTS OR RESPONSES THERETO

**To:** Johnny O'Bryant, #289746
Harrison County Adult Detention Center
10451 Larkin Smith Drive
Gulfport, Mississippi 39503

Pursuant to UNIFORM LOCAL RULE 5.1(c), notice is hereby given that on the date entered below I
served the following discovery device(s):

(✔) (Check as appropriate:)

|   | Interrogatories to: |   |
|---|---|---|
| ✔ | Requests for Production of Documents to: | Plaintiff by Defendants, Sheriff George Payne, Jr., Warden Donald A. Cabana, Rhondalyn Rogers and Chaplain Joe Collins |

| | | |
|---|---|---|
| _____ | Requests for Admissions to: | _____ |
| _____ | Responses to Interrogatories of: | _____ |
| _____ | Responses to Requests for Production of Documents of: | _____ |
| _____ | Responses to Requests for Admission(s) of: | _____ |

Pursuant to UNIFORM LOCAL RULE 5.1(c), I acknowledge my responsibilities as the custodian of the original(s) of the document(s) identified above.

| | |
|---|---|
| November 2, 2007 | *s/David N. Duhé* |
| Date | Signature |
| | Cy Faneca, MSB #5128 |
| | Haley N. Broom, MSB #101838 |
| | David N. Duhé, MSB #102047 |
| | Typed Name & Bar Number |
| | Attorneys for: |
| | **SHERIFF GEORGE PAYNE, JR., WARDEN DONALD A. CABANA, RHONDALYN ROGERS and CHAPLAIN JOE COLLINS, Defendants** |