## Discovery Documents

1:07-cv-00477-LG-RHW O'Bryant v. Harrison County Adult Detention Center et al
CJRA-A, RHW

## U.S. District Court

### Southern District of Mississippi

### Notice of Electronic Filing

The following transaction was entered by Faneca, Cyril on 2/1/2008 at 4:17 PM CST and filed on 2/1/2008

**Case Name:**     O'Bryant v. Harrison County Adult Detention Center et al
**Case Number:**   1:07-cv-477
**Filer:**         Donald A. Cabana
                   George H. Payne, Jr
                   Joe Collins
                   Rhondolyn Rogers

**Document Number:** 89

**Docket Text:**
**NOTICE of Service of Request for Production by Rhondolyn Rogers, Joe Collins, George H. Payne, Jr, Donald A. Cabana (Faneca, Cyril)**

**1:07-cv-477 Notice has been electronically mailed to:**

Cyril T. Faneca    Cy@ddkf.com, BRLong@ddkf.com, DDuhe@ddkf.com, hbroom@ddkf.com, lhoyt@ddkf.com, Mary@ddkf.com, Peggy@ddkf.com, RHerrmann@ddkf.com, Trace@ddkf.com

Karen Jobe Young    kyoung@datasync.com, janinew9@bellsouth.net

**1:07-cv-477 Notice has been delivered by other means to:**

Johnny O'Bryant
#289746
C/O HCADC, B-B
10451 Larkin Smith Drive
Gulfport, MS 39503

Karl Stolze
15912 Big Ridge Road
Biloxi, MS 39532

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1081288797 [Date=2/1/2008] [FileNumber=1329858-0]
[0f18e364c5867426ec7edcb9f6938fa1866bd114d99968cf83f8190a324cabf1aabe
52e7e3359558eb150e64415a22c761faecaa9174c8cbca4104308d91ef96]]